IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHAQUILLE CAMPBELL, | § | |
| | § | No. 412, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below – Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1507010845 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 25, 2020
Decided: April 9, 2020

Before **SEITZ**, Chief Justice; **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

## O R D E R

On this 9th day of April, 2020, the Court, having considered this matter on the briefs filed by the parties and the record below, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its memorandum opinion dated August 29, 2019.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice